# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Brandywine Communications Technologies, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>Datum Communications, Inc.<br><br>                Defendant. | No. CV-13-00119-PHX-FJM<br><br>**ORDER** |

After consideration of the Parties' Stipulation of Dismissal, and good cause appearing therefore,

IT IS ORDERED THAT:

This action is dismissed in its entirety with prejudice as to all claims, and each party will bear its own attorneys' fees and costs.

Dated this 3rd day of October, 2013.

*Frederick J. Martone*

Frederick J. Martone
Senior United States District Judge